UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Federal National Mortgage Assoc.</u>

v.  Case No. 10-cv-412-LM

<u>Thomas F. Morris, et al</u>

ORDER

This case was removed from the Hillsborough County Superior Court on September 17, 2010. Funds that were on deposit with the superior court have now been transferred to the United States District Court to be held in escrow pending resolution of this matter. The funds are to be accepted by the Clerk and deposited into the Registry of the Court until further notice,

IT IS HEREBY FURTHER ORDERED that the Clerk:

1. Cause the funds to be invested in the Court Registry Investment System;

2. Deduct a registry fee equal to ten percent (10%) of the interest earned on said funds pursuant to the directive of the Judicial Conference of the United States; and

3. Deduct the registry fee prior to the disbursement of funds without further order of the Court.

November 23 2010

_____
Landya B. McCafferty
United States Magistrate Judge

cc: counsel of record