```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NEW HAMPSHIRE
```

<u>Federal National Mortgage Assoc.</u>

    v.                             Civil No. 10-cv-412-LM

<u>Ledgewood Hills Condominium
Assoc., et al.</u>

### <u>O R D E R</u>

Before the court is a Partially Assented-to Motion for Entry of Default Judgment and for Judgment on Interpleader Claims (doc. no. 13). From the certificate of service, it is not clear to the court that Thomas F. Morris has been mailed a copy of Doc. No. 13. The certificate of service on Doc. No. 13 states that a "Corporation Disclosure Statement" was mailed to Mr. Morris. For this reason, the motion is denied without prejudice to movant's refiling with a certificate of service that indicates to the court that Mr. Morris has been properly served with a copy of said motion in accordance with Local Rule 55.1(b).

    SO ORDERED.

                                        _____
                                        Landya B. McCafferty
                                        United States Magistrate Judge

Dated: January 25, 2011
cc:  Thomas J. Donovan, Esq.
     Charles W. Gallagher, Esq.
     Karen Wozniak, Esq.