UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Federal National Mortgage Assoc.

    v.                             Civil No. 10-cv-412-LM

Ledgewood Hills Condominium
Assoc., et al.

**O R D E R**

As he was preparing to disburse the funds in this case, the Clerk of Court raised a concern with the Court about the Order of disbursement dated February 15, 2011 (doc. no. 17). Specifically, the Clerk is concerned about the phrase "plus statutory interest from January 10, 2011" that appears on page 3, paragraph A, line 1. There is no basis to award statutory interest in this case. As a result, the Court intends to strike this language from its Order. To the extent any party objects, that party shall notify the Court in writing on or before March 23, 2011. If no party objects, the Court will issue an amended order striking the language.

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

Dated: March 9, 2011

cc:  Thomas J. Donovan, Esq.
     Charles W. Gallagher, Esq.
     Karen Wozniak, Esq.
     Thomas F. Morris, pro se