**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW HAMPSHIRE**

| | | |
|---|---|---|
| FEDERAL NATIONAL MORTGAGE | ) | |
| ASSOCIATION | ) | Case No.  1:10-cv-412 |
| | ) | |
| *Plaintiff,* | ) | |
| *v.* | ) | |
| | ) | |
| THOMAS F. MORRIS, LEDGEWOOD | ) | |
| HILLS CONDOMINIUM ASSOCIATION, | ) | |
| INTERNAL REVENUE SERVICE | ) | |
| | ) | |
| *Defendants.* | ) | |

<u>REVISED ORDER OF DISBURSEMENT</u>

IT IS HEREBY ORDERED that pursuant to 28 U.S.C. § 2042, the funds deposited with the Registry of the Court in connection with this action pursuant to the Court's November 23, 2010 Order [Docket No. 11], and the interest earned on those funds, less the registry fee assessment, be disbursed as follows:

(1) first to Federal National Mortgage Association ("FNMA") in the amount of $1,559.00, plus its share of the interest earned on the deposited funds;

(2) second to Ledgewood Hills Condominium Association ("Ledgewood") in the amount of $19,786.11, plus its share of the interest earned on the deposited funds;

(3) third to the United States of America in the amount of $110,564.91, plus statutory interest pursuant to 26 U.S.C. §§ 6601 and 6621 from June 5, 2011, at $12.12 per diem, and its share of the interest earned on the deposited funds; and

(4) after full payment in accordance with paragraphs 1 through 3, the balance of the funds, including interest, are to be paid to Thomas F. Morris so long as he makes claim to it within five years from the date of this order.  If he makes no such claim within that time, the

- 1 -

funds shall be paid to the United States Treasury, pursuant to 28 U.S.C. § 2042.

       SO ORDERED.


| 6/28/2011 | /s/ Landya B. McCafferty |
|---|---|
| Date | LANDYA B. McCAFFERTY |
| | United States Magistrate Judge |


*Prepared and submitted by*:


| June 27, 2011 | /s/ *Karen Wozniak* |
|---|---|
| Date | KAREN WOZNIAK |
| | Trial Attorney, Tax Division |
| | U.S. Department of Justice |
| | Post Office Box 55, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Telephone: (202) 307-1927 |
| | E-mail: karen.e.wozniak@usdoj.gov |
| | *Attorney for Defendant United States* |


*Seen and agreed to by*:


| June 27, 2011 | /s/ *Charles W. Gallagher* |
|---|---|
| Date | CHARLES W. GALLAGHER |
| | Haughey Philpot & Laurent PA |
| | 816 N Main Street |
| | Laconia, NH 03246 |
| | Telephone: (603) 524-4101 |
| | E-mail: charles.gallagher@hpllaw.com |
| | *Attorney for Plaintiff FNMA* |


| June 27, 2011 | /s/ *Thomas J. Donovan* |
|---|---|
| Date | THOMAS J. DONOVAN #664 |
| | McLane Graf Raulerson & Middleton PA |
| | 900 Elm Street |
| | P.O. Box 326 |
| | Manchester, NH 03105-0326 |
| | Telephone: (603) 625-6464 |
| | E-mail: tdonovan@mclane.com |
| | *Attorney for Defendant Ledgewood* |